# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

PROBATION OFFICE

110 POTTER STEWART COURTHOUSE
100 EAST 5TH STREET
CINCINNATI, OH 45202-3980



FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 SEP 28 AM 8:21

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## PRESENTENCE REPORT TRANSMITTAL

TO: Honorable Timothy S. Black
United States District Judge

FROM: Laura S. Jensen
United States Probation Officer

SUBJECT: **ENSON TRADING LLC**
**Docket No. 1:17CR00061-001**
**Final Presentence Report**

DATE: September 26, 2017

The Final Presentence Report and any necessary addenda are herewith submitted to the Court.

The Defense Counsel and Counsel for the Government are being provided with a copy of the final Presentence Investigation Report.

cc: District Court Clerk ✓

Kenneth L. Parker
Assistant U.S. Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

William E. Hunt
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202